UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS - 6

CIVIL MINUTES -- GENERAL

Case No.   **CV-16-1197-R**                        Date: SEPTEMBER 21, 2016

Title:     SPIRIT CLOTHING COMPANY -V.- JC FITS, INC.
=================================================================
PRESENT:   HONORABLE MANUEL L. REAL, JUDGE

        Christine Chung                            None Present
        Courtroom Deputy                           Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:      ATTORNEYS PRESENT FOR DEFENDANTS:

   None                                    None

 PROCEEDINGS:    MINUTE ORDER (IN CHAMBERS)


        Pursuant to Plaintiff Spirit clothing Company's Notice of Voluntary
Dismissal (Docket No. 20), this case is hereby dismissed with prejudice.
All dates are hereby vacated and off calendar, and the Clerk's Office is
directed to close this case (JS-6).

        IT IS SO ORDERED.


MINUTES FORM 11                                Initials of Deputy Clerk ___cch___
CIVIL -- GEN